IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM TRUMAN STARK,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

  v.                                   Case No. 14-cv-148-jdp

ANTHONY RENARD FOXX,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Anthony Renard Foxx, dismissing this case with prejudice.

   /s/                                          8/11/2015
Peter Oppeneer, Clerk of Court                  Date